IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Eugene Division

| | | |
|---|---|---|
| SHELLEY ZUMWALT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 6:13-CV-00075-JO |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of | ) | JUDGMENT |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

Dated this 12th day of February, 2014.

　　　　　　　　　　　　　　　　　　　　／s／ ROBERT E. JONES
　　　　　　　　　　　　　　　　　　　　United States District Judge

1 - JUDGMENT